## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

JANE DOE,

and

JOHN DOE,

on behalf of themselves and all others
similarly situated,

          Plaintiffs,

vs.

CENTERSTONE OF AMERICA, INC.,
   an Indiana corporation,

CENTERSTONE OF INDIANA, INC.,
   an Indiana corporation,

and

CENTERSTONE OF TENNESSEE, INC.,
   a Tennessee corporation,

          Defendants.

Case No.: 3:21-cv-00063

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs Jane Doe and John Doe, pursuant to Fed. R. Civ. P. 41(a)(1)(A), voluntarily

dismiss this action without prejudice.

Date: February 17, 2021

Respectfully Submitted,

/s/ Kathryn E. Barnett
Kathryn E. Barnett (BPR#15361)
**MORGAN & MORGAN – NASHVILLE**
810 Broadway, Suite 105
Nashville, Tennessee 37203
Phone: (615) 490-0943
kbarnett@forthepeople.com

1

JOHN A. YANCHUNIS
(*admitted Pro Hac Vice*)
RYAN D. MAXEY
(*admitted Pro Hac Vice*)
**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

2